UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-220-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| MALIK THOMAS | |

On motion of the Defendant, Malik Thomas, and for good cause shown, it is hereby ORDERED that the **[DE #62]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 28 day of April, 2018.

JAMES C. DEVER, III
Chief United States District Judge